**FILED**

**NOT FOR PUBLICATION**

JUN 24 2020

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   17-50197 |
| Plaintiff-Appellee, | D.C. No. 2:16-cr-00196-SVW-1 |
| v. | |
| NERSES NICK BRONSOZIAN, | |
| Defendant-Appellant. | ORDER[*] |

On Remand from the United States Supreme Court

Before:  GRABER and BYBEE, Circuit Judges, and HARPOOL,[**] District Judge.

In light of the recent order of the Supreme Court of the United States,

Bronsozian v. United States, No. 19-6220, 2020 WL 1906543 (U.S. Apr. 20, 2020)

(Mem.), this case is remanded to the district court for consideration of the pending

application to vacate the judgment and dismiss the indictment.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri, sitting by designation.