**CLOSED**

NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD (Cal. Bar No. 135512)
Assistant United States Attorney
Chief, National Security Division
GEORGE E. PENCE (Cal. Bar No. 257595)
Assistant United States Attorney
Terrorism and Export Crimes Section
KHALDOUN SHOBAKI (Cal. Bar No. 232864)
Assistant United States Attorney
Cyber & Intellectual Property Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-4591
     Facsimile: (213) 894-6436
     E-mail:    patrick.fitzgerald@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 16-196-SVW |
|---|---|
| Plaintiff, | [PROPOSED] **ORDER VACATING JUDGMENT AND DISMISSING INDICTMENT WITH PREJUDICE AGAINST DEFENDANT PURSUANT TO FED. R. CRIM. P. 48(a)** |
| v. | |
| NERSES NICK BRONSOZIAN, | |
| Defendant. | |

Pursuant to the government's unopposed ex parte application and Federal Rule of Criminal Procedure 48(a), the Court vacates the

//

//

//

//

//

//

judgment against defendant and dismisses the indictment in this case with prejudice.

    IT IS SO ORDERED.

June 30, 2020

DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
PATRICK R FITZGERALD
Assistant United States Attorney

cc: **USPO, Fiscal**